LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC
Amy R. Lovegren-Tipton (SBN 258697)
ATipton@TiptonLegal.com
5703 N. West Avenue, Suite 103
Fresno, California 93711
Telephone: (559) 421-9137
Facsimile: (559) 921-4333

Attorney for Plaintiffs, HERBERT ORTIZ and AUDRA HAYNES, individually, and on behalf of the general public

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Emily E. Schroeder (SBN 275257)
eschroeder@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
TILLY'S INC.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ORTIZ and AUDRA HAYNES, individually, and on behalf of the general public,<br><br>                    Plaintiff,<br><br>     v.<br><br>TILLY'S, INC., a Delaware corporation; and Does 1 through 50, inclusive,<br><br>                    Defendants. | Case No.  1:15-cv-00108-MJS<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br><br>Date Action Filed:  November 6, 2014 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Herbert Ortiz and Audra Haynes and Defendant Tilly's, Inc., by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter with prejudice.

DATED: June ____, 2015                    LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC


By: _____
  Amy R. Lovegren-Tipton

Attorneys for Plaintiffs
HERBERT ORTIZ and AUDRA HAYNES, individually, and on behalf of the general public

DATED: June ____, 2015                    SEYFARTH SHAW LLP


By: _____
  Aaron R. Lubeley
  Emily Schroeder

Attorneys for Defendant
TILLY'S INC.

## ORDER

Pursuant to the foregoing, this Court dismisses the entire action with prejudice.

IT IS SO ORDERED.

Dated:   July 10, 2015              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE